SCOTT YOUNG (10695)
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com

Solomon M. Radner (Michigan Bar No. P73653)
**RADNER LAW GROUP PLLC**
17000 West Ten Mile Road, Suite 250
Southfield, Michigan 48075
Telephone: (877) 723-6375
Solomon@RadnerLawGroup.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SHELDON DAVID NORCROSS, TYLER MATTHEW SHAW, SIERRA NICOLE LAUTS, and STEVEN ALLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF AMERICAN FORK;<br>OFFICER COLE G. RICHARDSON;<br>LIEUTENANT Q. ADAMSON;<br>OFFICER S. HAWKINS;<br>OFFICER K. FRAUGHTON;<br>OFFICER R.J. BIBEAU;<br>OFFICER L. SUMBOT;<br>OFFICER J. SOMERVILLE;<br>OFFICER SPENCER TONGA;<br>OFFICER J. LAYCOCK;<br>OFFICER D. GONZALEZ;<br>OFFICER JENSEN;<br>SERGEANT LOTT; and<br>DETECTIVE W. NICOSIA, all in their individual capacities,<br><br>Defendants. | **MOTION FOR PRO HAC VICE ADMISSION AND CONSENT OF LOCAL COUNSEL**<br><br>Case No. 2:26cv1008<br><br>Judge: |

Pursuant to D.U. Civ Rule 83-1.1(d), I move for the admission of Solomon M. Radner as pro hac vice counsel for Plaintiffs Sheldon David Norcross, Tyler Matthew Shaw, Sierra Nicole Lauts, and Steven Allen and consent to serve as local counsel. The application for pro hac vice admission is attached as **Exhibit 1** to this motion, and the admission fee has been paid to the court with the submission of this motion. Mr. Radner has not previously registered for CM/ECF in the District of Utah.

DATED this 14th day of October, 2026.

**SPENCER FANE LLP**

*/s/ Scott Young*
Scott Young

* Solomon M. Radner (**pro hac* pending)
**RADNER LAW GROUP, PLLC**
17515 W. 9 Mile Rd. Ste. 1050
Southfield, MI 48075
Tel: (877)-723-6375 * Fax: (866) 571-1020
solomon@radnerlawgroup.com

*Attorneys for Plaintiffs*