# Exhibit 1

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**APPLICATION FOR PRO HAC VICE ADMISSION**

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Scott Young |
| Firm: | Spencer Fane LLP |
| Address: | 10 Exchange Place, 11th Floor |
| | Salt Lake City, Utah 84111 |
| | |
| Telephone: | (801) 322-9123 |
| Email: | rsyoung@spencerfane.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Solomon M. Radner |
| Firm: | Radner Law Group PLLC |
| Address: | 17000 West Ten Mile Road, Suite 250 |
| | Southfield, Michigan 48075 |
| | |
| Telephone: | (877) 723-6375 |
| Email: | Solomon@RadnerLawGroup.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State of Michigan | P73653 | 05/05/2010 |
| State of New Jersey | 283502018 | 12/21/2018 |
| U.S. District Court, E.D. Michigan | | 12/06/2010 |
| U.S. Bankruptcy Court, E.D. Michigan | | 01/22/2012 |
| U.S. District Court, W.D. Michigan | | 02/14/2014 |
| U.S. District Court, District of New Jersey | | 11/16/2015 |
| U.S. District Court, N.D. Ohio | | 01/11/2017 |
| U.S. District Court, District of Maryland | | 11/03/2017 |
| U.S. District Court, W.D. Texas | | 01/18/2019 |
| U.S. District Court, S.D. Texas | | 08/30/2019 |
| U.S. Court of Appeals, Fifth Circuit | | 05/15/2020 |

| | | |
|---|---|---|
| U.S. Court of Appeals, Sixth Circuit | | 05/11/2016 |
| U.S. Court of Appeals, Seventh Circuit | | 11/26/2020 |
| U.S. Court of Appeals, Eleventh Circuit | | 11/08/2019 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted? ☐ Yes ☒ No

If yes, please explain:

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| None | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

| | |
|---|---|
| /s/ Solomon M. Radner | October 14, 2026 |
| Signature | Date |