SCOTT YOUNG (10695)
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com

Solomon M. Radner (Michigan Bar No. P73653)
**RADNER LAW GROUP PLLC**
17000 West Ten Mile Road, Suite 250
Southfield, Michigan 48075
Telephone: (877) 723-6375
Solomon@RadnerLawGroup.com
*Attorneys for Plaintiffs*

---

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SHELDON DAVID NORCROSS, TYLER MATTHEW SHAW, SIERRA NICOLE LAUTS, and STEVEN ALLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF AMERICAN FORK;<br>OFFICER COLE G. RICHARDSON;<br>LIEUTENANT Q. ADAMSON;<br>OFFICER S. HAWKINS;<br>OFFICER K. FRAUGHTON;<br>OFFICER R.J. BIBEAU;<br>OFFICER L. SUMBOT;<br>OFFICER J. SOMERVILLE;<br>OFFICER SPENCER TONGA;<br>OFFICER J. LAYCOCK;<br>OFFICER D. GONZALEZ;<br>OFFICER JENSEN;<br>SERGEANT LOTT; and<br>DETECTIVE W. NICOSIA, all in their individual capacities,<br><br>Defendants. | **ORDER ON MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:26cv1008<br><br>Judge: |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of Solomon M. Radner, in the United States District Court, District of Utah in the subject case is **GRANTED**.

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this ____ day of ______________, 2026.

**BY THE COURT:**

______________________________
United States District Judge