**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **SHELDON DAVID NORCROSS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CITY OF AMERICAN FORK, et al.,**<br><br>**Defendants.** | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION**<br><br>**Case No. 2:26-cv-01008-RJS-JCB**<br><br>**District Judge Robert J. Shelby**<br><br>**Magistrate Judge Jared C. Bennett** |

Before the court is Plaintiffs' local counsel's motion for pro hac vice admission of Solomon M. Radner.[1] Based upon the motion's compliance with DUCivR 83-1.1(c), the court GRANTS the motion.

IT IS SO ORDERED.

DATED this 16th day of October 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

[1] ECF No. 2.