**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **SHELDON DAVID NORCROSS, TYLER MATTHEW SHAW, SIERRA NICOLE LAUTS, and STEVEN ALLEN,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF AMERICAN FORK, et al.,**<br><br>Defendants. | **ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT ON BEHALF OF DEFENDANT CITY OF AMERICAN FORK**<br><br>Case No. 2:26-cv-01008-RJS |

The undersigned, acting in the capacity of City Attorney for the City of American Fork, Utah (the "City"), acknowledges receipt of the Summons and Complaint in the above-captioned action and, on behalf of the City only, accepts service of those documents effective October 15, 2026.

This acceptance is made solely to acknowledge and facilitate service of process upon the City pursuant to Rule 4(j)(2) of the Federal Rules of Civil Procedure. It is not a waiver of service under Rule 4(d). However, by this acceptance, the City and Plaintiffs agree that the City's responsive pleading will be due sixty (60) days from October 15, 2026.

By this acceptance, the City waives objections to the manner and sufficiency of service upon the City. The City does not waive any other defenses, objections, rights, or remedies available under the Federal Rules of Civil Procedure or applicable law, including defenses under Rule 12 other than objections to the service of process expressly accepted herein.

This acceptance applies exclusively to the City of American Fork. It does not constitute acceptance or waiver of service on behalf of any individual defendant, including any City employee or police officer named in the Complaint.

The undersigned executes this document solely in an authorized capacity to accept service on behalf of the City. This document is not intended as a notice of appearance or an undertaking to serve as litigation counsel for the City in this action.

**DATED:** October 16, 2026

AMERICAN FORK CITY

/S/ Heather J. Schriever
Heather J. Schriever
American Fork City Attorney